IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARCUS ODON MCCORMICK,            )
                                  )
            Plaintiff,            )
                                  )
      v.                          )     1:23CV178
                                  )
MICHAEL J. CRUMPLER, et al.,      )
                                  )
            Defendants.           )

**ORDER**

On October 3, 2024, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 14.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's claims under federal law are dismissed pursuant to 28 U.S.C. § 1915A for being frivolous or for failing to state a claim upon which relief may be granted and his state law claims are dismissed without prejudice to him pursuing them in the state courts.

                              /s/   Thomas D. Schroeder
November 1, 2024              United States District Judge